IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES D. HENDERSON                                                      PLAINTIFF

V.                              NO. 3:11CV00159-JTR

MICHAEL J. ASTRUE,                                                      DEFENDANT
Commissioner, Social
Security Administration

## ORDER

Plaintiff has filed a Motion to Dismiss this civil action (docket entry #15), to which there has been no response. Plaintiff asserts that the evidence of record is insufficient for him to prevail in his appeal of the Commissioner's decision.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss (docket entry #15) is GRANTED. Plaintiff's Complaint is hereby DISMISSED without prejudice.

DATED this 5th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE