IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES D. HENDERSON                                                              PLAINTIFF

V.                              NO. 3:11CV00159-JTR

MICHAEL J. ASTRUE,                                                              DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

DATED THIS 5th DAY OF March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE